1833.

RAY
v.
MACOMB.

Ray and others, executors of Ray, deceased *v.* Macomb.

The Solicitor for a complainant should not be the Solicitor of a receiver in the cause.

This was a mortgage case; and a receiver had been ap- *January* 27. pointed. *1834.*

He now petitioned that the tenants attorn and the defend-  *Practice.* ant furnish a rental, &c.; and the petition had the name of *Receiver.* the same solicitor annexed to it as appeared for the complainants.   An objection was taken to it on this ground; and *Smith on Receivers*, p. 25. 26. was referred to.

Mr. *William H. Harison* for the petitioner.

Mr. *A. S. Garr* in opposition.

The Vice-Chancellor :—I am inclined to uphold the objection taken to the motion.   It is best for a receiver to employ any other solicitor than the one retained by the complainants; but, as the point of practice is new in our courts, let the motion be denied without costs.